# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**LUIS ADAMES MILAN, et als.,**
Plaintiffs,

**CIVIL NO. 05-1377 (DRD)**

v.

**CENTENNIAL COMMUNICATIONS CORP., et als.,**
Defendants.

| MOTION | RULING |
|---|---|
| **Date Filed:** 01/31/06<br>[ ] **Plff**       [X] **Deft**<br>[ ] **Other**<br><br>**Title:** MOTION TO DISMISS AS TO PLAINTIFF ROBERTO SAMALOT<br><br>**(Docket No. 31)** | **GRANTED**. Co-Defendant **Puerto Rico Cable Acquisition Corp.** has filed a request for dismissal as to Roberto Samalot's claims against it pursuant to a settlement agreement and general release executed between them arising from a complaint before the Commonwealth of Puerto Rico, Court of First Instance. After a review of said settlement agreement, the Court finds that in ¶ 5 of the terms and conditions of said agreement, co-plaintiff Samalot releases co-defendant PRCAC from all liability in both state and federal courts. Accordingly, the Court **GRANTS** PRCAC's request and **DISMISSES only co-plaintiff Samalot's** claims against **only PRCAC**. All of Mr. Samalot's other claims against all other co-defendants remain active in the instant case.<br><br>Partial Judgment will be issued accordingly. |

**Date**: February 8th, 2006

S/ Daniel R. Dominguez
**DANIEL R. DOMINGUEZ**
U.S. District Judge