IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Luis Adames Milan, et al.,

    Plaintiffs,

    v.

Centennial Communications Corp., et al.,

    Defendants.

**Civil No. 05-1377 (GAG)**

## JUDGMENT

Judgment is hereby entered dismissing the complaint with prejudice as per the terms of the confidential settlement agreement (Docket No. 113). The court shall retain jurisdiction to enforce the settlement agreement, if necessary. Each party shall bear its own costs and attorneys' fees.

**SO ORDERED**.

In San Juan, Puerto Rico this 21st day of September 2007.

*S/Gustavo A. Gelpí*

GUSTAVO A. GELPI
United States District Judge